

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————

No. 07-16-00372-CR
No. 07-16-00373-CR
No. 07-16-00374-CR

———————————————

ISAAC J. ADAMS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Nos. 1414530D, 1409243D & 1414529D; Honorable Ruben Gonzalez, Jr., Presiding

January 24, 2018

# ORDER

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Isaac J. Adams, has filed with this court a *pro se* motion requesting early issuance of mandates. We grant that motion.

After Appellant's appellate counsel filed an *Anders* brief, this court affirmed the trial court's judgments of conviction for manslaughter and for two counts of aggravated

assault. *See Adams v. State*, Nos. 07-16-00372-CR, 07-16-00373-CR, and 07-16-00374-CR, 2017 Tex. App. LEXIS 11202 (Tex. App.—Amarillo Nov. 30, 2017, no pet. h.). Subsequent to the issuance of this court's opinion, Appellant did not file a motion for rehearing or request *en banc* reconsideration; however, he did file a *pro se* motion for extension of time in which to file a petition for discretionary review with the Texas Court of Criminal Appeals. That extension was granted and the deadline for filing was extended to March 3, 2018. Appellant has now filed a *pro se* motion requesting that his appeals be terminated and mandates issue.

This court's plenary power over a judgment expires sixty days after a judgment is issued "if no timely filed motion for rehearing or *en banc* reconsideration, or timely filed motion to extend time to file such a motion, is then pending." TEX. R. APP. P. 19.1(a). Therefore, although Appellant has been granted additional time to file a petition for discretionary review, should he be inclined to do so, this court retains plenary power to grant the relief he has requested.

Rule 18.1(c) of the Texas Rules of Appellate Procedure provides for issuance of an early mandate "if the parties so agree, or for good cause on the motion of a party." TEX. R. APP. P. 18.1(c). By his motion, Appellant acknowledges that he cannot be transferred from the Tarrant County jail to the Texas Department of Criminal Justice until mandates issue in these appeals. Appellant clearly and unequivocally expresses his desire to be transferred "A.S.A.P."[1]

---

[1] Appellant further notes that he has filed a motion in the Texas Court of Criminal Appeals requesting dismissal of his appeals.

By Order of the Court, for good cause on Appellant's motion, his motion for early issuance of mandates is granted. Mandates in all three causes will be issued forthwith.

It is so ordered.

Per Curiam

Do not publish.